**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SALVATORE JULIANO**
**SOWELL,**

|                          |     |                                           |
|--------------------------|-----|-------------------------------------------|
| **Plaintiff,**           | :   |                                           |
|                          |     | **Case No. 2:24-cv-873**                  |
| v.                       | :   | **Judge Sarah D. Morrison**               |
|                          |     | **Magistrate Judge Elizabeth**            |
|                          |     | **Preston Deavers**                       |
| **THE OHIO STATE UNIVERSITY,** | : |                                      |
| *et al.*,                |     |                                           |
|                          |     |                                           |
| **Defendants.**          |     |                                           |

## <u>ORDER</u>

This matter is before the Court on the April 29, 2024 Report and Recommendation issued by the Magistrate Judge. (ECF No. 6.) The Magistrate Judge recommended that the Court dismiss Plaintiff Salvatore Juliano Sowell's Complaint for failure to state a claim for relief. (*Id.*) Mr. Sowell was advised of his right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) The time for filing objections has passed, and although Mr. Sowell has filed several motions requesting additional documents (*see* ECF No. 7, 8, 9), none can be considered an objection to the Report and Recommendation.

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6) and **DISMISSES** the Complaint (ECF No. 5) **with prejudice**. Because reasonable jurists would not disagree with this conclusion, the Court **CERTIFIES** that any appeal of this Order would not be

taken in good faith pursuant to 28 U.S.C. § 1915(a)(3), and on that basis **DENIES** Mr. Sowell's leave to proceed *in forma pauperis* on appeal.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**